# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA HOUSE, | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-14-1406-M |
| CAROLYN W. COLVIN,<br>Acting Commissioner Social<br>Security Administration, | ) ) ) ) ) |
|       Defendant. | ) ) |

## ORDER

On October 16, 2015, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's applications for disability insurance benefits and supplemental security income under the Social Security Act. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be reversed and remanded. The parties were advised of their right to object to the Report and Recommendation by November 5, 2015. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 16] issued by the Magistrate Judge on October 16, 2015;

(2) REVERSES the decision of the Acting Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4)  ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 9th day of November, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE